NO._____

ALFRED LEE RICE,                    $    IN THE COURT OF
            APPELLANT,

RECEIVED IN
COURT OF CRIMINAL APPEALS

V.                                  $    CRIMINAL

THE STATE OF TEXAS,                      APPEALS OF TEXAS
            APPELLEE,               $

NOV 19 2015

MOTION FOR EXTENTION TO FILE
PETITION FOR DISCRETIONARY REVIEW (PDR)

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS: Abel Acosta, Clerk

   NOW COMES, Alfred Lee Rice, appellant in this action and he

respectfully present's this Motion For Extention to file his FILED IN

Petétion For Discretionary Review, (PDR), and moves this court COURT OF CRIMINAL APPEALS

to grant the requested extention, and in support he presents NOV 20 2015

the following thereof;

Abel Acosta, Clerk

1). Appellant appealed to the 11th Court Of Appeal, Eastland
    Texas, Cause Number **#11-13-00302-Cr**.

2). Appellant is seeking relief from a conviction in the 142nd
    District Court, Midland County, Cause Number **#CR41089**.

**3). On** October 30, 2015, the 11th Court of appeals **Affrimed**
    the conviction.

4). Appellant is requesting a (60)-day extention inwhich to
    properly prepare his petition for discretionary review.

5). Because of the lack of knowledge in law, and the limited
    time allowed in the law library the additional time is
    needed, and appellant respectfully ask that the court
    grant this foregoing motion and extend the due date until
    Janurary 28, 2016.

RESPECTFULLY SUBMITTED,

ALFRED LEE RICE,#1888258

CERTIFICATE OF SERVICE
   I certify that a true and correct copy of this motion was

sent by first class mail to the court of criminal appeals.

ALFRED LEE RICE # 1888258

(1)

ALFRED LEE RICE #1888258
ALLEN B. POLUNSKY UNIT
3872 F.M. 350 SOUTH
LIVINGSTON, TEXAS 77351

(1)